WILLIAM A. BEER, Appellant and Respondent, *v.* S. ASHLEY CHANLER et al., Respondents and Appellants, Impleaded with Another.

Argued June 18, 1942; decided July 29, 1942.

*Alvin C. Cass* for plaintiff, appellant and respondent.

*Samuel Rubin* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion. (See 289 N. Y. 652.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.